124

## IN RE RYAN.

No. 748. Decided March 1, 1965.

*Joseph A. Ryan, pro se.*

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted. The appeal is dismissed for want of a substantial federal question.

## MASON ET UX. *v.* MIDWESTERN GAS TRANSMISSION CO.

No. 759. Decided March 1, 1965.

*Stanley B. Balbach* for appellants.

*Charles A. Bane, Justin A. Stanley* and *James E. Knox, Jr.,* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.